8149412171　　　　11:38:29 a.m.　　10-05-2016　　1/1

Certificate Number: 01721-PAM-DE-027857274

Bankruptcy Case Number: 16-00267


01721-PAM-DE-027857274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 3, 2016</u>, at <u>8:00</u> o'clock <u>PM EDT</u>, <u>Bravid Stanley</u> completed a course on personal financial management given <u>by telephone</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 4, 2016</u>　　　　By: <u>/s/Brock McCracken</u>

　　　　　　　　　　　　　　　　Name: <u>Brock McCracken</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>

Case 5:16-bk-02679-JJT　Doc 17　Filed 10/05/16　Entered 10/05/16 19:05:45　Desc
Main Document　　Page 1 of 1