UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRAVID STANLEY             :   CHAPTER 13
      Debtor(s)                      :
                                 :
CHARLES J. DEHART, III         :
STANDING CHAPTER 13 TRUSTEE   :
                                 :
        vs.                     :
                                 :
BRAVID STANLEY               :
      Respondent(s)            :   CASE NO. 5-16-bk-02679

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

        AND NOW, this   23rd   day of January, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

          a.  The plan is underfunded relative to claims to be paid.   Proof of Claim by Lake at the Falls is more than the amount in the plan.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

          a.  Deny confirmation of debtor(s) plan.
          b.  Dismiss or convert debtor(s) case.
          c.  Provide such other relief as is equitable and just.

                         Respectfully submitted:

                         Charles J. DeHart, III
                         Standing Chapter 13 Trustee
                         8125 Adams Drive, Suite A
                         Hummelstown, PA 17036
                         (717) 566-6097

          BY:        /s/Agatha R. McHale
                      Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 23rd day of January, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Moulton, Esquire
693 State Route 739, Suite 1
Lords Valley, PA   18428

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee