```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                        Case No. 16-02679-JJT
Bravid Stanley                                                Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5       User: CGambini            Page 1 of 2          Date Rcvd: Apr 27, 2017
                           Form ID: ntcnfhrg         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             +Bravid Stanley,    196 At the Falls,    Bushkill, PA 18324-9513
4805158        +Barclays Bank of Delaware,    PO Box 8803,    Wilmington, Delaware 19899-8803
4805161        +CR England Truck Driving School,    4701 West 2100 South,    Salt Lake City, UT 84120-1223
4805159        +Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
4805160        +Constar Financial Services, LLC,    3561 W BELL RD,    Phoenix, AZ 85053-2965
4805167        +Lake at the Falls,    5310 Winona Falls Road,    Suite 101,
                 East Stroudsburg, Pennsylvania 18302-7881
4843129       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
4805169        +Nationstar Mortgage,    PO Box 619098,    Dallas, TX 75261-9098
4805170        +Peoples Alliance FCU,    125 Wireless Blvd.,,    Happauge, NY 11788-3961
4805172        +Sprint --Legal,    P.O. Box 4600,    Reston, Virginia 20195-1416
4859035        +The Falls Community Association,    5310 Winona Falls Road,    East Stroudsburg, PA 18302-7881
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4849868         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2017 18:54:45
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4805162        +E-mail/Text: julie.sim@eagleatlanticfinancial.com Apr 28 2017 09:50:40
                 Eagle Atlantic Financial Services,    PO Box 27601,    Salt Lake City, UT 84127-0601
4805163        +E-mail/Text: bkynotice@harvardcollect.com Apr 28 2017 09:50:43     Harvard Collection,
                 4839 N. Elston Ave,    Chicago, IL 60630-2589
4849537        +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 28 2017 09:50:39
                 Hyundai Capital America DBA,    Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
4805164        +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 28 2017 09:50:39
                 Hyundai Motor Finance,    PO Box 20835,    Fountain Valley, CA 92728-0835
4805168        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 28 2017 09:50:24     Midland Funding,
                 8875 Aero Dr. STE 200,    San Diego, California 92123-2255
4805171        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 18:54:46
                 Portfolio Recovery Services,    PO Box 12914,    Norfolk, Virginia 23541-0914
4823183         E-mail/Text: appebnmailbox@sprint.com Apr 28 2017 09:50:23      Sprint Corp,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park, KS 6627-0949
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4805165        Lake @ the Falls
4805166        Lake @ the Falls Dues
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark E. Moulton    on behalf of Debtor Bravid  Stanley markmoulton@moultonslaw.com,
               staff@moultonslaw.com
```

```
District/off: 0314-5           User: CGambini            Page 2 of 2            Date Rcvd: Apr 27, 2017
                               Form ID: ntcnfhrg         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Bravid Stanley
Debtor(s)

Chapter 13

Case No. 5:16−bk−02679−JJT

## Notice

The confirmation hearing has been rescheduled for the Debtor on the date indicated below.

A deadline of **May 25, 2017** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Amended Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 31, 2017<br>Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 27, 2017 |