# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Bravid Stanley

**Debtor(s)**

Nationstar Mortgage LLC

**Plaintiff(s)/Movant(s)**

vs.

Bravid Stanley

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5-16-bk-02679

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: Motion for Relief

Document #:

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties have entered into an arrangement to resolve the disputed funds, counsel seeks to have the matter continued until 23 October 2019 to allow for the arrangement to be completed.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 08/28/2019

s/Mark E. Moulton

Attorney for Bravid Stanley

Name:

Phone Number: 570-775-9525

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.