United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bravid Stanley  
    Debtor

Case No. 16-02679-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 24, 2021      Form ID: fnldecnd      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bravid Stanley, 196 At the Falls, Bushkill, PA 18324 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4805158 | + | Barclays Bank of Delaware, PO Box 8803, Wilmington, Delaware 19899-8803 |
| 4805161 | + | CR England Truck Driving School, 4701 West 2100 South, Salt Lake City, UT 84120-1223 |
| 4805167 | + | Lake at the Falls, 5310 Winona Falls Road, Suite 101, East Stroudsburg, Pennsylvania 18302-7881 |
| 4843129 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 4805169 | + | Nationstar Mortgage, PO Box 619098, Dallas, TX 75261-9098 |
| 4805170 | + | Peoples Alliance FCU, 125 Wireless Blvd.,, Happauge, NY 11788-3961 |
| 4805172 | + | Sprint --Legal, P.O. Box 4600, Reston, Virginia 20195-1416 |
| 4859035 | + | The Falls Community Association, 5310 Winona Falls Road, East Stroudsburg, PA 18302-7881 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 24 2021 18:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4849868 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 18:39:39 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4805158 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 24 2021 18:40:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, Delaware 19899-8803 |
| 4805159 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 18:39:55 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 4805162 | + | Email/Text: julie.sim@eagleatlanticfinancial.com | Nov 24 2021 18:40:00 | Eagle Atlantic Financial Services, PO Box 27601, Salt Lake City, UT 84127-0601 |
| 4805163 | + | Email/Text: bkynotice@harvardcollect.com | Nov 24 2021 18:40:00 | Harvard Collection, 4839 N. Elston Ave, Chicago, IL 60630-2589 |
| 4849537 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 24 2021 18:40:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 4805164 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 24 2021 18:40:00 | Hyundai Motor Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 4805168 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2021 18:40:00 | Midland Funding, 8875 Aero Dr. STE 200, San Diego, California 92123-2255 |
| 4805171 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | |
| --- | --- | --- | --- |
| 4823183 | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 24 2021 18:39:47 | Portfolio Recovery Services, PO Box 12914, Norfolk, Virginia 23541-0914 |
| | | Nov 24 2021 18:39:47 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park, KS 6627-0949 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4805165 | | Lake @ the Falls |
| 4805166 | | Lake @ the Falls Dues |
| 4805160 | ##+ | Constar Financial Services, LLC, 3561 W BELL RD, Phoenix, AZ 85053-2965 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Kristin Ann Zilberstein | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper Kris.Zilberstein@Padgettlawgroup.com |
| Mark E. Moulton | on behalf of Debtor 1 Bravid Stanley markmoulton@moultonslaw.com staff@moultonslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Thomas I Puleo | on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bravid Stanley, **Debtor 1** | Chapter 13 |
| | Case No. 5:16−bk−02679−MJC |

Social Security No.:
xxx−xx−6710

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Bravid Stanley** in accordance with §1328 of the Bankruptcy Code.

Dated: November 24, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)